FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BONDARYL McCALL AND JERMAINE DAWKINS,

    Petitioners,

v.

LINDA McGREW,

    Respondent.

Case No. CV 12-07479 MWF (AN)

JUDGMENT

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Court's concurrently filed Order.

DATED: December 21, 2012

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY